```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 03914
   MICHAEL KRARASINSKI
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5475


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/21/08 .

   2.  The case was dismissed without confirmation, 04/04/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------

         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00          .00           .00
PRINCIPAL PAID          .00          .00         .00          .00           .00
INTEREST PAID           .00          .00         .00          .00           .00
TOTAL PAID              .00          .00         .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR                   , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Dated:  07/17/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 03914 MICHAEL KRARASINSKI
```